### GOLDEN v. McCABE.[1]

LOG LIENS—STATEMENT OF AMOUNT DUE—EXCESSIVE CLAIM.

Log liens are subject to be defeated by an intentional overstatement, in the statement of lien filed, of the amount claimed to be due.

Error to Baraga; Haire, J., presiding. Submitted October 25, 1899. Decided November 7, 1899.

Proceedings under the log-lien law by John Golden against Michael J. McCabe. Joseph W. Fordney and Aaron T. Bliss intervened as owners of the logs. From a judgment for plaintiff, on verdict directed by the court, against defendant McCabe, but denying a lien upon the logs, plaintiff brings error. Affirmed.

*Button & Culver,* for appellant.

*Chadbourne & Rees,* for appellees Fordney and Bliss.

PER CURIAM. We are of the opinion that this case is ruled by *Gibbs* v. *Hanchette,* 90 Mich. 657. See, also, *Estlow* v. *Hanna,* 75 Mich. 219; *Auditor General* v.

*Prescott,* 94 Mich. 190; *Auditor General* v. *Chandler,* 108 Mich. 571; *Auditor General* v. *Hutchinson,* 113 Mich. 249; *Pioneer Iron Co.* v. *City of Negaunee,* 116 Mich. 435.

The judgment is affirmed.